UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 22-2144 JGB (SHKx) | Date | May 26, 2023 |
|---|---|---|---|
| Title | *Manuel Martinez, et al. v. County of Riverside, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present                             None Present

**Proceedings:**   **Order to Show Cause (IN CHAMBERS)**

On May 1, 2023, Defendant County of Riverside ("County") filed a motion for judgment on the pleadings. ("Motion," Dkt. No. 17.) The Motion is noticed for hearing on June 5, 2023. (Id.) As of the date of this Order to Show Cause ("OSC"), Plaintiffs Manuel Martinez and Manuela Garcia Martinez (collectively, "Plaintiffs") have failed to file their opposition papers. Pursuant to this Court's Local Rules, Plaintiffs should have filed their opposition papers, or a statement of non-opposition, no later than May 15, 2023. See L.R. 7-9.

Accordingly, the Court orders Plaintiffs to show cause by **May 30, 2023,** why Plaintiffs should not be sanctioned. Failure to respond, or an inadequate response, to the Court's OSC may result in dismissal of Plaintiffs' Complaint. See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**